| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF WASHINGTON |
| Case number *(if known)* _____ Chapter **12** |
| ☐ Check if this is an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
James L. Baker Farms, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
81-1161298

**4. Debtor's address**

Principal place of business

10113 Harris Rd NE  
Moses Lake, WA 98837  
Number, Street, City, State & ZIP Code

Grant  
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **James L. Baker Farms, LLC**      Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __11__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - [ ] It needs to be physically secured or protected from the weather.
    - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - [ ] Other

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - [ ] No
    - [ ] Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- [✓] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than100,000

**15. Estimated Assets**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [✓] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 13, 2026**
             MM / DD / YYYY

**X** **/s/ James L. Baker**                                **James L. Baker**
Signature of authorized representative of debtor             Printed name

Title  **Owner/Operator**

**18. Signature of attorney**

**X** **/s/ Blake A. Robertson**                            Date  **January 13, 2026**
Signature of attorney for debtor                                  MM / DD / YYYY

**Blake A. Robertson**
Printed name

**Gravis Law, PLLC**
Firm name

**503 Knight Street**
**Richland, WA 99352**
Number, Street, City, State & ZIP Code

Contact phone  **406-924-3936**        Email address  **brobertson@gravislaw.com**

**48383 WSBA**
Bar number and State

James L. Baker Farms, LLC
10113 Harris Rd NE
Moses Lake, WA 98837


Blake A. Robertson
Gravis Law, PLLC
503 Knight St
STE A
Richland, WA 99352


AgDirect
PO Box 2409
Omaha, NE 68103-2409


C&W Potato, Inc.
8328 Teal Rd
Moses Lake, WA 98837


Cashmere Valley Bank
124 E Penny Road
Ste. 202
Wenatchee, WA 98801


Columbia Bank/Elan Financial Servic
PO Box 790408
Saint Louis, MO 63179


First Interstate Bank
66 Basin St. NW
Ephrata, WA 98823


First Interstate Bank
401 N 31st Street
Billings, MT 59101

Hyer Farms  
1842 N Frontage Road  
Moses Lake, WA 98837


Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101-7346


Internal Revenue Service  
P.O. Box 24017  
Fresno, CA 93779


James L. & Leslie N. Baker  
10113 Harris Rd NE  
Moses Lake, WA 98837


JC Farms LLC  
2480 RD 4 NW  
Ephrata, WA 98823


John Deere Financial  
PO Box 6600  
Johnston, IA 50131


John Deere Financial  
6400 NW 86th Street  
P.O. Box 6600  
Johnston, IA 50131-6600


Kurt R. Leistikow  
1402 Technology Parkway  
Cedar Falls, IA 50613


Larson Fowles, PLLC  
821 E. Broadway Ave Ste 8  
Moses Lake, WA 98837

Lewis Clark Credit Union
1626 17th Street
Lewiston, ID 83501


Lewis Clark Credit Union
604 Bryden Ave.
Lewiston, ID 83501


Northland Capital Equipment Finance
PO Box 7278
Saint Cloud, MN 56302


Paine Hamblen, LLP
Timothy R. Fischer
717 West Spague Ave, Suite 1200
Spokane, WA 99201-3505


Rabo AgriFinance
PO Box 410650
Saint Louis, MO 63141


Rabo AgriFinance
14767 N Outer 40 Rd #400
Chesterfield, MO 63017


Randeel Bergeson
2375 Rd O SE
Moses Lake, WA 98837


Simplot Grower Solutions Financing
445 Minnesota St.
Ste. 1700
Saint Paul, MN 55101

Washington Department of Revenue
Attn: Bankruptcy Unit
2101 4th Ave. Suite 1400
Seattle, WA 98121


Washington State Department of Rev
Treasury Management
PO Box 47464
Olympia, WA 98504

# United States Bankruptcy Court
## Eastern District of Washington

In re  **James L. Baker Farms, LLC**
Debtor(s)

Case No.
Chapter **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **James L. Baker Farms, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**James L. Baker
10113 Harris Rd NE
Moses Lake, WA 98837**

☐ None [*Check if applicable*]

**January 13, 2026**
Date

**/s/ Blake A. Robertson**
**Blake A. Robertson**
Signature of Attorney or Litigant
Counsel for  **James L. Baker Farms, LLC**
**Gravis Law, PLLC**
**503 Knight St**
**STE A**
**Richland, WA 99352**
**406-924-3936**
**brobertson@gravislaw.com**